UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAMS,

                    Plaintiff,

          v.                                              26-CV-1453

315 W 46 LLC, and KIM & WEI HOLDING                        ORDER
LLC,

                    Defendants.

RONNIE ABRAMS, United States District Judge:

        This case has been assigned to me for all purposes. It is hereby:

        ORDERED that, within thirty (30) days of service of the summons and complaint, the

parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To

the extent the parties are unable to settle the case themselves, they must also discuss whether

further settlement discussions through the district's court-annexed mediation program or before a

magistrate judge would be productive at this time.

        IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five

(45) days of service of the summons and complaint), the parties must submit a joint letter

requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate

a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    February 25, 2026
          New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge